# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Juan Eduardo Rodriguez Morales, | Case No. 24-CV-3761 (LMP/DJF) |
| Petitioner, | |
| v. | **ORDER** |
| Lisa Stenseth, Warden, | |
| Respondent. | |

The October 28, 2024 Report and Recommendation (ECF No. 6) is **WITHDRAWN** in light of Petitioner's payment of the filing fee in this matter (ECF No. 5).

**SO ORDERED.**

Dated: October 29, 2024

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge

1