# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Juan Eduardo Rodriguez Morales, | Case No. 24-CV-3761 (LMP/DJF) |
| Petitioner, | |
| v. | **ORDER** |
| Lisa Stenseth, Warden, | |
| Respondent. | |

This matter is before the Court on Petitioner Juan Eduardo Rodriguez Morales' Petition for a Writ of Habeas Corpus (ECF No. 11-1) ("Petition") and Motion for Reconsideration (ECF No. 12) ("Motion"). Pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, the Court orders Respondent Lisa Stenseth to file an answer to the Petition.

Mr. Rodriguez Morales' Motion for Reconsideration (ECF No. 12) is denied. As the Court previously explained, permitting a "next friend" to act on Mr. Rodriguez Morales' behalf would be inappropriate in this case because he is capable of making his own decisions. (*See* ECF No. 10 at 2-3.) His subsequent filings also confirm he is capable of prosecuting this matter in his own name—for example, he is not mentally incompetent or otherwise incapacitated. Moreover, Mr. Munt (the prisoner Mr. Rodriguez Morales proposes to act on his behalf) lacks a sufficiently significant relationship with Mr. Rodriguez Morales to ensure that Mr. Munt would truly be acting in Mr. Rodriguez Morales' best interests throughout the proceeding. For these reasons, the Court denies the Motion.

**ORDER**

Based on the foregoing, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. Respondent is directed to file an answer to the petition for a writ of habeas corpus of Petitioner Juan Eduardo Rodriguez Morales, showing cause why the writ should not be granted;[1]

2. Respondent's answer must fully comply with the requirements of Rules 5(b), (c) and (d) of the Rules Governing Section 2254 Cases in the United States District Courts and must include a reasoned memorandum of law and fact fully stating Respondent's legal position on Mr. Rodriguez Morales' claims. Respondent's compliance with Rule 5(c) must include attaching to the answer all parts of the transcript and all exhibits submitted to the state courts that pertain to the claims asserted in the Petition. Respondent must file her answer and simultaneously serve a copy on Mr. Rodriguez Morales on or before **January 2, 2025**;

3. If Mr. Rodriguez Morales intends to file a reply to the answer, he must do so by **January 23, 2025**. Thereafter, no further submissions from either party will be permitted, except as expressly authorized by Court order; and

4. Mr. Rodriguez Morales' Motion for Reconsideration (ECF No. 12) is **DENIED**.

Dated: December 5, 2024         *s/ Dulce J. Foster*
                                Dulce J. Foster
                                United States Magistrate Judge

---

[1] The Court previously directed Mr. Rodriguez Morales to sign his Petition. (*See* ECF No. 10.) Mr. Rodriguez Morales has since submitted a signed copy (*see* ECF No. 11-1 at 3-17), and he has also signed the memorandum submitted in support of the Petition (*see id.* at 37-51).